JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SICKLER, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HDR, INC.; HDR CONSTRUCTORS, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | **2:18-cv-08448-R-SK**<br><br>[*Assigned for all purposes to the Hon. Manuel L. Real, Courtroom 880*]<br><br>**ORDER REGARDING JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>[Filed Concurrently with Joint Stipulation to Remand to State Court] |

## **ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is remanded to Los Angeles Superior Court, County of Los Angeles, Case No. BC 715871, assigned for all purposes to the Honorable Richard E. Rico (Dept. 17). Each party will bear its own attorneys' fees and costs.

DATED: October 18, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　　　United States District Judge

4826-5566-5272, v. 2